IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02461- AP

REGGIE MCKOY,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:  September 10, 2013**

      **B.      Date Complaint Was Served on U.S. Attorney's Office: December 9, 2013**

      **C.      Date Answer and Administrative Record Were Filed: January 31, 2014**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

      **A.      Plaintiff's Opening Brief Due:  April 14, 2014**

      **B.      Defendant's Response Brief Due:  May 14, 2014**

      C.      **Plaintiff's Reply Brief (If Any) Due: May 29, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.      **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of February, 2014.

                        BY THE COURT:

                        *s/John L. Kane*
                        U.S. DISTRICT COURT JUDGE

APPROVED:                      UNITED STATES ATTORNEY

                               John F. Walsh
                               United States Attorney

s/ Joseph A. Whitcomb          By: s/Allan D. Berger
402 W. 12th Street               Special Assistant U.S. Attorney
Rocky Mountain Disability Law Group    Social Security Administration, Region VIII

| | |
|---|---|
| 1391 Speer Blvd., Suite 705 | Office of the General Counsel |
| Denver, CO  80204 | 1961 Stout Street, Suite 4169 |
| 303-534-1954 | Denver, CO  80294 |
| 303-534-1949 (facsimile) | 303-844-2149 |
| Joe@rmdlg.com | 303-844-0770 (facsimile) |
| Attorney for Plaintiff | Allan.berger@ssa.gov |
| | Attorneys for Defendant |